# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rovner, Ilana D. | 7th Circuit Court of Appeals | 05/14/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (active) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Court of Appeals
219 S. Dearborn Street
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member Emertius, Board of Trustee | Illinois Institute of Technology |
| 2. | Member, Board of Overseers | IIT-Chicago Kent College of Law |
| 3. | Member, Board of Directors | Rehabilitation Institue of Chicago |
| 4. | Trustee | Trust |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | ▬▬▬▬▬▬ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Utah Law School | 3/20/2014 - 3/25/2014 | Salt Lake City, Utah | Jurist-In-Residence | Travel Expense Reimbursement |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | CitiMortgage | Cosigner on ▓▓▓▓ mortgage | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Industrial Development Bank of Israel, Ltd. | | None | K | T | | | | | |
| 2. IRA Acct #5 | C | Distribution | L | T | | | | | |
| 3. | B | Int./Div. | | | | | | | |
| 4. -Fidelity Cash Reserves | | | | | | | | | |
| 5. -Fidelity Government Income | | | | | | | | | |
| 6. -Fidelity Government Money Mkt | | | | | | | | | |
| 7. -Fidelity Ginnie Mae | | | | | | | | | |
| 8. -Fidelity Canada | | | | | | | | | |
| 9. Trust #1 - Account No. 2 | D | Dividend | P1 | T | | | | | |
| 10. -Sch AMT TF Money Market Fd (SWFXX) | | | | | Redeemed (part) | 01/07/14 | J | | |
| 11. | | | | | Redeemed (part) | 01/24/14 | J | | |
| 12. | | | | | Redeemed (part) | 01/27/14 | J | | |
| 13. | | | | | Redeemed (part) | 01/31/14 | J | | |
| 14. | | | | | Redeemed (part) | 02/10/14 | J | | |
| 15. | | | | | Redeemed (part) | 03/07/14 | J | | |
| 16. | | | | | Redeemed (part) | 03/07/14 | J | | |
| 17. | | | | | Redeemed (part) | 03/19/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Redeemed (part) | 03/28/14 | J | | |
| 19. | | | | | Redeemed (part) | 03/31/14 | J | | |
| 20. | | | | | Buy (add'l) | 04/16/14 | M | | |
| 21. | | | | | Buy (add'l) | 04/21/14 | L | | |
| 22. | | | | | Redeemed (part) | 04/21/14 | K | | |
| 23. | | | | | Redeemed (part) | 05/19/14 | J | | |
| 24. | | | | | Redeemed (part) | 06/02/14 | J | | |
| 25. | | | | | Redeemed (part) | 06/16/14 | J | | |
| 26. | | | | | Redeemed (part) | 06/17/14 | J | | |
| 27. | | | | | Redeemed (part) | 06/25/14 | J | | |
| 28. | | | | | Redeemed (part) | 06/27/14 | J | | |
| 29. | | | | | Redeemed (part) | 07/03/14 | J | | |
| 30. | | | | | Redeemed (part) | 07/18/14 | J | | |
| 31. | | | | | Buy (add'l) | 09/29/14 | J | | |
| 32. | | | | | Buy (add'l) | 10/14/14 | K | | |
| 33. | | | | | Redeemed (part) | 12/19/14 | J | | |
| 34. | | | | | Redeemed (part) | 12/22/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 6 of 24

**Name of Person Reporting**

Rovner, Ilana D.

**Date of Report**

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 12/29/14 | J | | |
| 36. -Sch AMT Tax-Free Money Mt fd (SWWXX) | | | | | | | | | |
| 37. -AT&T Inc. CS | | | | | Sold | 04/14/14 | J | | |
| 38. -Archer-Daniels-Midland Co. | | | | | | | | | |
| 39. -Bank of America Corp | | | | | Sold | 12/16/14 | J | | |
| 40. -Comcast Corp New CL A | | | | | Sold | 04/14/14 | J | | |
| 41. -Grupo Televisa SA De CVF | | | | | Sold | 04/14/14 | K | D | |
| 42. -Intel Corp CS | | | | | Buy (add'l) | 12/19/14 | J | | |
| 43. -Marriott Intl Inc. Cl A CS | | | | | | | | | |
| 44. -Medtronic, Inc | | | | | | | | | |
| 45. -Schnitzer Stl Inds Cl A | | | | | Sold | 04/14/14 | J | | |
| 46. -Teck Cominco Ltd Cl B | | | | | Sold | 04/14/14 | J | | |
| 47. -Wynn Resorts | | | | | | | | | |
| 48. -Fidelity Govt Income Fund | | | | | Sold | 04/14/14 | K | | |
| 49. -Buckeye Partners LP | | | | | Sold (part) | 04/14/14 | J | D | |
| 50. -Plum Creek Timber Co. | | | | | Sold | 04/14/14 | J | B | |
| 51. -Citigroup Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Wells Fargo & Co. 8.00% Pfd | | | | | | | | | |
| 53. -T Rowe Price Tax Free Short Term | | | | | | | | | |
| 54. -Vanguard GNMA Fund | | | | | | | | | |
| 55. -Wells Fargo Advantage Ult S/T Mun In Inv | | | | | Sold | 04/14/14 | M | A | |
| 56. -Wells Fargo Advantage S/T Muni Bd Inv | | | | | Sold (part) | 04/14/14 | L | B | |
| 57. -Teradata Corp | | | | | | | | | |
| 58. -NCR | | | | | | | | | |
| 59. -Clough Global Oppty Fund | | | | | Sold | 04/14/14 | J | | |
| 60. -Eaton Vance Enhanced | | | | | Sold | 04/14/14 | J | | |
| 61. -Nuveen Core Equity Fund | | | | | Sold | 04/14/14 | J | A | |
| 62. -Pimco Global Stocks Plus | | | | | Sold | 04/14/14 | J | | |
| 63. -Travelers Companies Inc | | | | | Buy (add'l) | 12/19/14 | J | | |
| 64. -Potash Corp Sask Inc | | | | | Sold | 04/14/14 | J | | |
| 65. -Prologis Inc New | | | | | Sold | 04/14/14 | J | | |
| 66. -Marriott Vacations | | | | | | | | | |
| 67. -Boeing Co | | | | | | | | | |
| 68. -Ford Motor Company | | | | | Buy (add'l) | 03/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -T J X COS, Inc. | | | | | Buy | 12/22/14 | J | | |
| 70. - Toronto Dominion Bank | | | | | Buy | 03/07/14 | J | | |
| 71. IRA Acct #8 | E | Int./Div. | O | T | | | | | |
| 72. | E | Distribution | | | | | | | |
| 73. -Schwab Bank | | | | | | | | | |
| 74. -Vanguard Energy Fund | | | | | | | | | |
| 75. -Vanguard GNMA Fund | | | | | | | | | |
| 76. -Vanguard Short Term Invesmt Grade Fd | | | | | | | | | |
| 77. -TRowe Price New Era Fd | | | | | | | | | |
| 78. -Conocophillips | | | | | Sold | 12/17/14 | J | A | |
| 79. -Intl Business Machines (IBM) | | | | | Sold | 12/17/14 | J | B | |
| 80. -Sequoia | | | | | | | | | |
| 81. -Cerner | | | | | Sold (part) | 04/14/14 | K | E | |
| 82. -Citigroup Inc | | | | | | | | | |
| 83. -Devon Energy Cp | | | | | | | | | |
| 84. -Dominion Res Inc va | | | | | | | | | |
| 85. -Gafisa Adr | | | | | Sold | 04/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Kinder Morgan Mgmt LLC | | | | | | | | | |
| 87. -Pimco Corp Income Fund | | | | | | | | | |
| 88. -Randgold Res Ltd Adr | | | | | Sold | 12/17/14 | J | | |
| 89. -Verizon Communications | | | | | | | | | |
| 90. -Frontier Communications | | | | | Sold | 12/17/14 | J | | |
| 91. -Actavis Plc (formerly Warner Chilcott Plc) | | | | | | | | | |
| 92. -Harbor Bond Fund Inst Cl | | | | | | | | | |
| 93. -Janus Short Term Bd Fd | | | | | Sold | 04/14/14 | K | A | |
| 94. -Ridgeworth US Gov Sec | | | | | Sold | 04/14/14 | K | A | |
| 95. -TCW Total Return Bond | | | | | | | | | |
| 96. -Thompson Bond Fund | | | | | | | | | |
| 97. -Vanguard Short Term Bond | | | | | | | | | |
| 98. -Annaly Capital Mgmt | | | | | | | | | |
| 99. -Government Ppty Income Tr | | | | | Sold (part) | 12/17/14 | J | A | |
| 100. -Ishares Iboxx Investment | | | | | | | | | |
| 101. -Ishares Msci Brazil Indx | | | | | Sold | 04/14/14 | J | | |
| 102. -National Retail Pptys | | | | | Sold | 04/14/14 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Plum Creek Timber Co | | | | | Sold | 04/14/14 | J | A | |
| 104. -Spdr Gold Trust | | | | | | | | | |
| 105. -Aluminum Corp China ADR | | | | | Sold | 12/17/14 | J | | |
| 106. -Bank of America Corp | | | | | Sold | 04/14/14 | J | | |
| 107. -Blackrock Enhcd Cap & Income | | | | | | | | | |
| 108. -Eaton Van Tax Adv | | | | | Sold | 04/14/14 | J | | |
| 109. -Visa Inc Cl A | | | | | | | | | |
| 110. -Guggenheim Enhanced Eqty Income Fund | | | | | | | | | |
| 111. -Potash Corp Sask Inc | | | | | Sold | 04/14/14 | J | | |
| 112. -Phillips 66 | | | | | Sold | 04/14/14 | J | A | |
| 113. Trust #4 | D | Dividend | O | T | | | | | |
| 114. -Fidelity Tax-Free Money Market (FTEXX) | | | | | | | | | |
| 115. -AT&T Inc Com | | | | | | | | | |
| 116. -Agnico Egle Mines Com NPV | | | | | Sold | 12/18/14 | J | | |
| 117. -Alcoa Inc | | | | | | | | | |
| 118. -Anadarko Pete Corp | | | | | | | | | |
| 119. -Apple Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Brocade Communications Sys | | | | | | | | | |
| 121. -Enbridge Energy Partners LP | | | | | | | | | |
| 122. -Govt Pptys Income Tr Com Shs | | | | | | | | | |
| 123. -Ishares Inc MSCI Canada Index Fd | | | | | | | | | |
| 124. -ITC Hldgs Corp | | | | | | | | | |
| 125. -Pimco Mun Income Fd II | | | | | | | | | |
| 126. -Range Resources Corp | | | | | | | | | |
| 127. -SPDR Ser Tr Morgan Stanley Tech | | | | | | | | | |
| 128. -Tata Motors Limited Adr Ea Rep | | | | | | | | | |
| 129. -Fidelity Canada (FICDX) | | | | | | | | | |
| 130. -American Century Inter Term Tax Free Bond (TWTIX) | | | | | | | | | |
| 131. -Baird Intermediate Muni Bond Invs Cl (BMBSX) | | | | | | | | | |
| 132. -BMO Intermediate Tax Free | | | | | | | | | |
| 133. -Pimco Total Return Class D (PTTDX) | | | | | | | | | |
| 134. -T Rowe Price Tax Free Short Inter (PRFSX) | | | | | | | | | |
| 135. -Thornburg Ltd Term-Municipal Fund Cl A (LTMFX) | | | | | | | | | |
| 136. -Thornburg Strategic Munipal Income C (TSSCX) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard GNMA Investor Cl (VFIIX) | | | | | | | | | |
| 138. -Wells Fargo Ultra Shrt Tm Muni Inc-Adv (SMUAX) | | | | | | | | | |
| 139. -Wells Fargo Short Term Muni Bd-Invest (STSMX) | | | | | | | | | |
| 140. -Hatteras Finl Corp Com (HTS) | | | | | Sold | 12/18/14 | J | | |
| 141. College Fund 529 #1 | | None | L | T | | | | | |
| 142. -Capital World Growth & Income Fund Class 529A | | | | | | | | | |
| 143. -Fundamental Investors Class 529A | | | | | | | | | |
| 144. -Growth Fund of America Class 529A | | | | | | | | | |
| 145. -New World Fund Class 529A | | | | | | | | | |
| 146. -Washington Mutual Investors Fund Class 529A | | | | | | | | | |
| 147. College Fund 529 #2 | | None | M | T | | | | | |
| 148. -Capital World Growth & Income Fund Class 529A | | | | | | | | | |
| 149. -Fundamental Investors Class 529A | | | | | | | | | |
| 150. -Growth Fund of America Class 529A | | | | | | | | | |
| 151. -New World Fund Class 529A | | | | | | | | | |
| 152. -Washington Mutual Investors Fund Class 529A | | | | | | | | | |
| 153. Trust #5 | E | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Bank USA Dep Acct | | | | | | | | | |
| 155.  -American Funds New World Fund Cl A | | | | | Sold (part) | 04/17/14 | J | B | |
| 156.  -American Funds Amcap Fund Cl A | | | | | | | | | |
| 157.  -American Funds Fundamental Investors Fund Cl A | | | | | | | | | |
| 158.  -American Funds Growth Fund of America Class A | | | | | | | | | |
| 159.  -American Funds Washington Mutual Investors Fund Cl A | | | | | | | | | |
| 160.  -First Eagle Fund of America Fund Class C | | | | | | | | | |
| 161.  -First Eagle Overseas Fund Class C | | | | | Sold (part) | 10/01/14 | J | A | |
| 162.  -SPDR Gold Trust | | | | | | | | | |
| 163.  -American Funds American Balanced Fund Cl A | | | | | | | | | |
| 164.  -American Funds Income Fund of America Cl A | | | | | | | | | |
| 165.  -First Eagle Global Fund Class C | | | | | | | | | |
| 166.  Trust #6 | E | Dividend | P1 | T | | | | | |
| 167.  -RMA Tax-Free Fund | | | | | | | | | |
| 168.  -IShares Russell 2000 EFT | | | | | | | | | |
| 169.  -IShares Russell Midcap EFT | | | | | | | | | |
| 170.  -American Funds New World Fund Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -American Funds Amcap Fund Cl A \ | | | | | | | | | |
| 172. -American Funds Fundamental Investors Fund Cl A | | | | | | | | | |
| 173. -American Funds Growth Fund of America Class A | | | | | | | | | |
| 174. -First Eagle Fund of America Fund Class C | | | | | | | | | |
| 175. -First Eagle Overseas Fund Class C | | | | | | | | | |
| 176. -First Eagle Gold Fund Class C | | | | | | | | | |
| 177. -American Funds American High Income Muni Bond Fund Cl A | | | | | | | | | |
| 178. -American Funds Intermediate Bond Fund of America Cl A | | | | | | | | | |
| 179. -Nuveen Diversidied Commodity Fund | | | | | | | | | |
| 180. -Spdr Gold Trust | | | | | | | | | |
| 181. -American Funds American Balanced Fund Cl A | | | | | | | | | |
| 182. -American Funds Income Fund of America Cl A | | | | | | | | | |
| 183. -First Eagle Global Fund Class C | | | | | | | | | |
| 184. IRA #6 | F | Int./Div. | P1 | T | | | | | |
| 185. -Bank USA Dep Acct | | | | | | | | | |
| 186. -American Funds New World Fund Cl A | | | | | | | | | |
| 187. -American Funds Amcap Fund Cl A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -American Funds American Mutual Fund Cl A | | | | | | | | | |
| 189. -American Funds Fundamental Investors Fund Cl A | | | | | | | | | |
| 190. -American Funds Growth Fund of America Class A | | | | | | | | | |
| 191. -American Funds New Perspective Fund Cl A | | | | | | | | | |
| 192. -American Funds Washington Mutual Investors Fund Cl A | | | | | | | | | |
| 193. -First Eagle Fund of America Fund Class C | | | | | | | | | |
| 194. -First Eagle Overseas Fund Class C | | | | | | | | | |
| 195. -First Eagle Gold Fund Class C | | | | | | | | | |
| 196. -Nuveen Diversified Commodity Fund | | | | | | | | | |
| 197. -Spdr Gold Trust | | | | | | | | | |
| 198. -First Eagle Global Fund Class C | | | | | | | | | |
| 199. IRA #7 | F | Int./Div. | P1 | T | | | | | |
| 200. -Bank USA Dep Acct | | | | | | | | | |
| 201. -American Funds New World Fund Cl A | | | | | | | | | |
| 202. -American Funds Amcap Fund Cl A | | | | | | | | | |
| 203. -American Funds American Mutual Fund Cl A | | | | | | | | | |
| 204. -American Funds Fundamental Investors Fund Cl A | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -American Funds Growth Fund of America Class A | | | | | | | | | |
| 206. -American Funds New Perspective Fund Cl A | | | | | | | | | |
| 207. -American Funds Washington Mutual Investors Fund Cl A | | | | | | | | | |
| 208. -First Eagle Fund of America Fund Class C | | | | | | | | | |
| 209. -First Eagle Overseas Fund Class C | | | | | | | | | |
| 210. -First Eagle Gold Fund Class C | | | | | | | | | |
| 211. -Nuveen Diversified Commodity Fund | | | | | | | | | |
| 212. -SPDR Gold Trust | | | | | | | | | |
| 213. -First Eagle Gobal Fund Class C | | | | | | | | | |
| 214. IRA #4 | D | Int./Div. | O | T | | | | | |
| 215. -Bank USA Dep Acct | | | | | | | | | |
| 216. -Guggenheim S &P 500 Equal Weigt EFT | | | | | | | | | |
| 217. -Ishares Russell 2000 EFT | | | | | | | | | |
| 218. -Ishares MSCI Emerging Markets EFT | | | | | | | | | |
| 219. -Spdr S&P Dividend EFT | | | | | | | | | |
| 220. -Wisdomtree Emerging Markets | | | | | | | | | |
| 221. -Fidelity Advisor New Insights Fund Class A | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -First Eagle Fund of America Fund Class A | | | | | | | | | |
| 223. -First Eagle Overseas Fund Class A | | | | | | | | | |
| 224. -Ivy Mid Cap Growth Fund Class A | | | | | Buy (add'l) | 02/12/14 | J | | |
| 225. | | | | | Sold | 09/16/14 | L | D | |
| 226. -Neuberger Berman Genesis Fund Investor Class | | | | | Buy (add'l) | 02/10/14 | J | | |
| 227. | | | | | Sold | 09/16/14 | L | D | |
| 228. -Perkins Mid Cap Value Fund A | | | | | Sold | 09/16/14 | K | A | |
| 229. -Teton Westwood Mighty Mites Fund Class AAA | | | | | | | | | |
| 230. -Ivy Asset Strategy Fund Class A) | | | | | Sold | 09/16/14 | K | D | |
| 231. -Invesco Equally-Weighted S&P 500 Fund | | | | | Buy | 09/17/14 | K | | |
| 232. -Vanguard Index Funds Vanguard Totl Stk | | | | | Buy | 09/17/14 | K | | |
| 233. -Dodge & Cox Stock Fund | | | | | Buy | 09/17/14 | K | | |
| 234. -Powershares FTSE RAFI | | | | | Buy | 09/19/14 | K | | |
| 235. IRA #9 | G | Int./Div. | P1 | T | | | | | |
| 236. -Bank USA Dep Acct | | | | | | | | | |
| 237. -Ishares Russell 1000 EFT | | | | | | | | | |
| 238. -Ishares Russell 2000 EFT | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Ishares Russell Midcap EFT | | | | | | | | | |
| 240. -Wisdomtree Emerging Markets | | | | | | | | | |
| 241. -American Funds Amcap Fund Cl A | | | | | | | | | |
| 242. -American Funds Smallcap World Fund Cl A | | | | | | | | | |
| 243. -American Funds American Mutual Fund Cl A | | | | | | | | | |
| 244. -American Funds Fundamental Investors Fund Cl A | | | | | | | | | |
| 245. -American Funds Growth Fund of America Class A | | | | | | | | | |
| 246. -American Funds New Perspective Fund Cl A | | | | | | | | | |
| 247. -American Funds Washington Mutual Investor Fund | | | | | | | | | |
| 248. -Investors Fund Cl A | | | | | | | | | |
| 249. Brokerage #1 (H) | | | | | | | | | |
| 250. -Admiral Trsy Money Mkt \ | | None | J | T | | | | | |
| 251. -Tax-Exempt Money Mkt | | None | J | T | | | | | |
| 252. IRA #10 | B | Dividend | L | T | | | | | |
| 253. -Total Stock Mkt Idx Adm | | | | | | | | | |
| 254. Brokerage #2 (H) | | | | | | | | | |
| 255. -Admiral Trsy Money Mkt | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. -Federal Money Mkt Fund | A | Dividend | J | T | | | | | |
| 257. -Tax-Exempt Money Mkt | | | J | T | | | | | |
| 258. IRA #11 | E | Dividend | P1 | T | | | | | |
| 259. | F | Distribution | | | | | | | |
| 260. -Admiral Trsy Money Mkt | | | | | | | | | |
| 261. -Dividend Growth Fund | | | | | | | | | |
| 262. -GNMA Fund Admiral Shares | | | | | | | | | |
| 263. -Inflation-Protect Sec Adm | | | | | | | | | |
| 264. -Precious Metals & Mining | | | | | | | | | |
| 265. -Prime Money Mkt Fund | | | | | Distributed (part) | 10/08/14 | J | | To Prime PRIMECAP Core Fd |
| 266. | | | | | Distributed (part) | 10/08/14 | J | | To Prime PRIMECCAP Fd Inv. |
| 267. -Selected Value Fund | | | | | | | | | |
| 268. -Short-Term Invest Gr Adm | | | | | | | | | |
| 269. -STerm Inf Pro Sec Idx Adm | | | | | | | | | |
| 270. -Wellesley Income Fund Adm | | | | | | | | | |
| 271. -Windsor II Fund Adm | | | | | | | | | |
| 272. -Vanguard Dividend Appreciation ETF | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Vanguard High Dividend Yield ETF | | | | | | | | | |
| 274. -PRIMECAP Core Fund | | | | | Open | 10/08/14 | J | | From Prime Money Mkt Fund |
| 275. -PRIMECAP Fund Investor | | | | | Open | 10/08/14 | J | | From Prime Money Mkt Fund |
| 276. Brokerage #3 (H) | | | | | | | | | |
| 277. -United Finl Bancorp Inc Md Com | A | Dividend | J | T | | | | | |
| 278. -MFS Utilities Class A | A | Dividend | K | T | | | | | |
| 279. -Fidelity Mass Muni Money Market | A | Dividend | J | T | | | | | |
| 280. IRA #12 | D | Int./Div. | N | T | | | | | |
| 281. -Vanguard Appreciation Index Fd Viper SHS | | | | | | | | | |
| 282. - Vanguard Consumer Staples Vipers | | | | | | | | | |
| 283. -Vanguard Utils Vipers | | | | | | | | | |
| 284. -Oppenheimers Steel Path MLP Income Cl Y | | | | | | | | | |
| 285. -Fidelity Government Money Market | | | | | | | | | |
| 286. IRA #13 | E | Int./Div. | P1 | T | | | | | |
| 287. | G | Distribution | | | | | | | |
| 288. -Berkshire Hathaway Inc Del Cl B | | | | | | | | | |
| 289. -BHP Billiton Limited ADR Each Rep 2 Ord | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Blackrock Real Asset Equity Tr Com | | | | | Closed | 12/09/14 | K | | Merged to Blackrock Res |
| 291. -Blackrock Res & Comm Strat Tr | | | | | Open | 12/09/14 | K | | Merged from Blackrock Real |
| 292. -Currency Shares Swiss Franc Tr Swiss | | | | | Sold | 01/16/14 | K | C | |
| 293. -CEF DWS RREEF Real Estate Fund II | | | | | | | | | |
| 294. -IShares Silver Tr Ishares | | | | | | | | | |
| 295. -IShares MSCI Canada ETF | | | | | | | | | |
| 296. -Ishares Russell Midcap | | | | | | | | | |
| 297. -Ishares Core S&P Small Cap EFT | | | | | | | | | |
| 298. -Ishares Global Materials ETF | | | | | | | | | |
| 299. -Powershares QQQ Tr Unit Ser | | | | | | | | | |
| 300. -Procter & Gamble Co | | | | | | | | | |
| 301. -SPDR Gold Tr Gold SHS | | | | | | | | | |
| 302. -Vanguard Intl Equity Index Fds Ftse Emerging Mkts ETF | | | | | Sold | 01/16/14 | K | | |
| 303. -Western Union Co Com | | | | | Sold | 01/16/14 | K | E | |
| 304. -Direxion/Wilshire Dynamic Class A | | | | | Sold | 01/27/14 | K | D | |
| 305. -Sprtn Total Mkt Indx Fid Advantage Class | | | | | | | | | |
| 306. -Fidelity Contrafund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 22 of 24

**Name of Person Reporting**

Rovner, Ilana D.

**Date of Report**

05/14/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. -Fidelity Low Priced Stock | | | | | | | | | |
| 308. -Manning & Napier World Oppt Ser Cl A | | | | | | | | | |
| 309. -American Century Int'l Bond Inv Cl | | | | | Sold | 01/14/14 | K | | |
| 310. -Federated Prudent Dollar Bear Cl A | | | | | Sold | 01/16/14 | K | D | |
| 311. -Fidelity Floating Rate High Income | | | | | | | | | |
| 312. -Fidelity Government Income | | | | | | | | | |
| 313. -Permanent Portfolio (PRPFX) | | | | | Sold | 01/27/14 | K | D | |
| 314. -Pimco All Asset All Authority Cl D | | | | | | | | | |
| 315. -Pimco All Asset Fund Class D | | | | | | | | | |
| 316. -Fidelity Treasury Only Money Market Fd | | | | | | | | | |
| 317. -Pimco Commodity Real Return Cl D | | | | | Sold | 01/14/14 | L | E | |
| 318. -Fidelity Cash Reserves | | | | | | | | | |
| 319. Bank Account #1 | | None | J | T | | | | | |
| 320. President & Fellows of Harvard - Trusts & Gifts Department | B | Distribution | J | T | | | | | |
| 321. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rovner, Ilana D. | 05/14/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please be advised that the following reimbursements were inadvertently omitted for the following report periods:

2013
Cordoza Law School - 01/02/2013 - 01/04/2013 - New York, NY - Trial Advocacy Program - Transportation
New York University - 02/22/2013 - 02/25/2013 - New York, NY - Moot Court Competition - Transportation
Louis B. Brandeis Law Society Foundation - 06/01/2013 - 06/04/2013 - Philadelphia, PA - Speaker, Jewish Law Day - Transportation
Harvard University - 10/22/2013 - 10/24/2013 - Cambridge, MA - Moot Court Competition - Transportation, Meals

2012
Federal Judicial Center - 03/07/2012 - 03/09/2012 - New York, NY - Employment Law Seminar - Transportation, Meals, Hotel

2011
University of Latvia Law School - 10/13/2011 - 10/28/2011 - Riga, Latvia - Seminar - Transportation, Meals, Hotel
Cardoza Law School - 11/05/2011 - 11/11/2011 - New York, NY - Moot Court Competition -Transportation, Hotel

2010
Virginia Holocaust Museum - 04/29/2010 - 05/09/2010 - Richmond, VA - Speaker, Rule of Law Award - Transportation
Touro Law School - 10/05/2010 - 10/12/2010 - Central Islip, NY - Moot Court Competition -Transportation, Hotel
Aspen Institute - 11/04/2010 - 11/10/2010 - Washington, DC - International Human Rights Seminar -Transportation, Meals, Hotel

The following contribution in lieu of Honorarium was omitted from the 2013 report:

06/04/2013 - Payment of $2,000 Honorarium from Louis B. Brandeis Law Society Foundation back to Brandeis Society Foundation

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ilana D. Rovner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544